No. 70–5058. LYNCH ET AL. *v.* HOUSEHOLD FINANCE CORP. ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 401 U. S. 935.] Motion of appellants for leave to file supplemental brief after argument granted.

No. 71–247. RABE *v.* WASHINGTON. Sup. Ct. Wash. [Certiorari granted, *ante*, p. 909.] Motions of National Association of Theatre Owners, Inc., and Motion Picture Association of America, Inc., for leave to file briefs as *amici curiae* granted.

No. 71–5396. DUHART ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 71–5305. CIPOLLA *v.* WARDEN, KANSAS STATE PENITENTIARY, ET AL. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted.

No. 71–464. KADANS *v.* FOLEY, U. S. DISTRICT JUDGE, ET AL.; and
No. 71–5425. LAUGHLIN *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 70–250. CARLESON, DIRECTOR OF DEPARTMENT OF SOCIAL WELFARE, ET AL. *v.* REMILLARD ET AL. Appeal from D. C. N. D. Cal. Motion of appellee Remillard for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 71–16. MITCHELL, ATTORNEY GENERAL, ET AL. *v.* MANDEL ET AL. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted.